UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY BEARD, et al.,<br><br>  Defendants. | No. 2:16-cv-0720 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint has not been certified. See 28 U.S.C. § 1915(a)(2). The court recently began using a new application to proceed in forma pauperis that authorizes the California Department of Corrections and Rehabilitation (CDCR) to provide a certified copy of plaintiff's trust account statement directly to the court. Therefore, instead of having plaintiff submit a certified copy of his trust account statement, his previous request will be denied and he will be provided a copy of the new form, which he should complete and file in this case so that the court may obtain a certified copy of his trust account statement directly from the CDCR.

////

1

The court also notes that the Inmate Locator website operated by the CDCR indicates that plaintiff is currently incarcerated at California State Prison, Los Angeles.[1]  It appears that plaintiff has failed to keep the court notified of his current address.  Plaintiff will be required to notify the court whether he is still housed at California Health Care Facility or whether he is in fact now housed at California State Prison, Los Angeles.  Plaintiff is reminded that he is responsible for notifying the court whenever his address changes and that failure to do so may result in dismissal of this case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied.

2. Within thirty days of service of this order, plaintiff shall submit the completed Application to Proceed In Forma Pauperis By a Prisoner that he receives from the court so that the court may obtain a certified copy of his trust account statement.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

4. Within twenty-one days of service of this order, plaintiff must file a notice with the court telling the court his current address.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to serve this order on plaintiff at his address of record and at California State Prison, Los Angeles County, P.O. Box 8457, Lancaster, CA 93539.

DATED: November 8, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").