UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. 2:16-cv-0720 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting leave to submit late evidence. ECF No. 11. The late evidence is comprised of exhibit pages that were missing from his complaint. Id. The motion will be granted and the court will consider the additional exhibit pages as appropriate when screening the complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to submit late evidence (ECF No. 11) is granted.

DATED: September 28, 2017

                                                          ALLISON CLAIRE
                                                          UNITED STATES MAGISTRATE JUDGE