# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:16-cv-0720 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Defendants Lizarraga and Payne waived service of process and therefore had until September 21, 2018, to file a response to the complaint. ECF No. 22. On September 21, 2018, counsel for defendants docketed an answer, but mistakenly filed a declaration intended for another case instead of an answer. ECF No. 23. Defendants have yet to file an answer or other response to the complaint.

Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, defendants Lizarraga and Payne shall show good cause in writing for failing to respond to the complaint. The filing of a response to the complaint will be deemed full compliance with this order and will discharge the order to show cause.

DATED: September 26, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE