UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0720 JAM AC P<br><br><br><br>ORDER |

　　　　Plaintiff has filed a motion for an extension of time that appears to seek additional time to file a response to defendant's answer. ECF No. 28. The Federal Rules of Civil Procedure allow a reply to an answer only by order of the court. Fed. R. Civ. P. 12(a)(1)(C). The court has not ordered plaintiff to reply to the answer and finds a reply is unnecessary. Since plaintiff does not have leave to file a reply to the answer, his motion for extension will be denied. Plaintiff also appears to seek additional time to serve discovery requests. This request will be denied as moot because plaintiff seeks an extension until November 21 or 27, 2018, and the current deadline is November 27, 2018 (ECF No. 27 at 5).

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 28) is denied.

DATED: October 26, 2018

　　　　　　　　　　　　　　　　　　　　　／s／ _Allison Claire_
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE