1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MILORAD OLIC,                          No.  2:16-cv-0720 JAM AC P

12                  Plaintiff,

13        v.                                ORDER

14   JEFFREY BEARD, et al.,

15                  Defendants.

16

17        Plaintiff has filed a motion seeking to extend the deadline for serving request for

18   discovery to December 27, 2018.  ECF No. 30.  Good cause appearing, the motion will be granted

19   and the deadline for completing discovery will also be extended.

20        Accordingly, IT IS HEREBY ORDERED that:

21        1.  Plaintiff's motion to modify the scheduling order (ECF No. 30) is granted.

22        2.  The parties may conduct discovery until **February 25, 2019**.  Any motions necessary

23   to compel discovery shall be filed by **February 25, 2019**.  All requests for discovery pursuant to

24   Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34

25   (production of documents), or 36 (admissions) shall be served no later than **December 27, 2018**.

26   ////

27   ////

28   ////

1

3. All other deadlines in the October 3, 2018 scheduling order (ECF No. 27) shall remain unchanged.

IT IS SO ORDERED.

DATED: November 30, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE