UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0720 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In light of plaintiff's pending discovery motion (ECF No. 34), which may result in the production of additional evidence to plaintiff, the April 19, 2019 dispositive motion deadline is vacated and will be re-set upon resolution of the motion to compel.

IT IS SO ORDERED.

DATED: April 5, 2019

　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE