UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:16-cv-0720 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently before the court is plaintiff's motion for sanctions. ECF No. 43.

By order filed April 2, 2020, the undersigned partially granted plaintiff's motion to compel and ordered defendants to provide a supplemental response to plaintiff's third request for discovery. ECF No. 41 at 6-7. Defendants filed a notice of compliance on April 22, 2020 (ECF No. 42), and plaintiff has now filed a motion for sanctions (ECF No. 43) claiming that defendants did not comply with the order compelling discovery. Specifically, plaintiff alleges that defendants have failed comply because they did not provide the name of plsintiff's enemy on A Yard. Id. However, defendants were not ordered to provide such information. Instead, defendants were

> required to clarify, based upon either their personal knowledge or review of pertinent records, whether plaintiff's prison records included any known enemies at Mule Creek State Prison (MCSP) at

1

the time of his transfer to HDSP or whether the reference to an enemy at the prison was based on plaintiff's representations that he had enemy concerns. If plaintiff's records included a known enemy at MCSP, defendants [were required to] state, if known, whether that inmate was listed as an enemy because of that inmate's own statements or actions toward plaintiff.

ECF No. 41 at 7. There is no indication from plaintiff's motion that defendants failed to provide the information required.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions, ECF No. 43, is denied.

DATED: May 11, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court also notes that the only sanction requested is for the court to "declare [plaintiff's] transfer to HDSP illegal and order CDCR to transfer [him] back to MCSP." ECF No. 43 at 2. This is not an appropriate or available discovery sanction.