UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY BEARD, et al.,<br><br>          Defendants. | No. 2:16-cv-0720 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Due to a pending motion to compel, the dispositive motion deadline in this case was vacated, to be re-set upon resolution of the discovery dispute. ECF No. 36. The motion to compel has now been resolved (ECF No. 41), supplemental responses have been served (ECF No. 42), plaintiff's motion for sanctions been addressed (ECF Nos. 43, 44), and the time for filing any further such motions has passed.

Accordingly, IT IS HEREBY ORDERED that the parties may file dispositive motions within thirty days of the service of this order.

DATED: June 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE