IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MILORAD OLIC,**

                                    Plaintiff,

        **v.**

**JEFFREY BEARD, et al.,**

                                    Defendants.

Case No. 2:16-cv-0720 JAM AC P

[PROPOSED] **ORDER**

        GOOD CAUSE APPEARING, Defendants Lizarraga and Payne's request to modify the dispositive motion deadline is **GRANTED**.  The parties may file dispositive motions within ninety days of this order.

        SO ORDERED.

DATED: August 26, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:16-cv-0720 JAM AC (PC))