# UNITED STATES DISTRICT COURT

Eastern District **District of** California

Milorad Olic, et al.
Plaintiff (s),

v.

Joe Lizarraga, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:16-cv-0720 JAM-AC

Notice is hereby given that, subject to approval by the court, Joe Lizarraga substitutes
(Party (s) Name)

Michael A. Terhorst , State Bar No. 164679 as counsel of record in place
(Name of New Attorney)

place of David Goodwin .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Beeson Terhorst, LLP
Address: 510 Bercut Drive, Suite V, Sacramento, CA 95811
Telephone: 916-444-3400     Facsimile 916-444-3421
E-Mail (Optional): michael@beesonterhorst.com

I consent to the above substitution.

Date: 09/22/2020

/S/ Joe Lizarraga
(Signature of Party (s))

I consent to being substituted.

Date: 09/24/2020

/S/ David Goodwin
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 09/22/2020

/S/ Michael A. Terhorst
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 09/29/2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]