UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-0720 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting that an order from <u>Olic v. Lizarraga</u> (<u>Olic I</u>), 2:14-cv-2120 KJM GGH, be considered as Exhibit C to his opposition to defendant Lizarraga's motion for summary judgment. ECF No. 61.  He has also filed a request for the Clerk of the Court to attach a copy of that order to his motion and to provide a copy to himself and defendants.  ECF No. 62.

Both of plaintiff's motions state that the order in <u>Olic I</u> is from March 2015, and that he lost his copy of the order later that year.  ECF Nos. 61, 62.  However, based upon the description of the order in plaintiff's opposition to the motion for summary judgment, ECF No. 60 at 4, plaintiff is actually referring to the order filed on February 26, 2015, <u>Olic I</u> at ECF No. 14.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the court to consider the order in <u>Olic I</u> as Exhibit C to his opposition to defendant Lizarraga's motion for summary judgment, ECF No. 61, is GRANTED.

1

2. The Clerk of the Court is directed to file a copy of the order at ECF No. 14 in <u>Olic v. Lizarraga</u>, 2:14-cv-2120 KJM GGH, in this case and identify it on the docket as Exhibit C to Plaintiff's Opposition to Motion for Summary Judgment (ECF No. 60).

3. Plaintiff's motion for copies, ECF No. 62, is GRANTED to the extent that the order is being filed as an exhibit in this case and the parties will receive copies of the order when it is entered on the docket.

DATED: January 26, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE