JEFFREY E. BEESON, SBN 200897
MICHAEL A. TERHORST, SBN 164679
Attorneys at Law
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, California 95811-0111
Telephone: (916) 444-3400
Facsimile: (916) 444-3421

Attorneys for Defendant LIZARRAGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| **MILORAD OLIC,** | CASE NO. 2:16-cv-0720 JAM AC P |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| **JEFFREY BEARD, et al.,** | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause having been shown, Defendant Lizarraga's request for a seven-day extension of time to reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgement. Defendant Lizarraga shall have until February 5, 2021, to reply to Plaintiff's Opposition to Motion for Summary Judgement.

DATED: January 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-