UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:16-cv-0720 JAM AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for a copy of defendants' reply in support of their motion for summary judgment. ECF No. 69. Defendants will be required to re-serve plaintiff with a copy of their reply, if they did not already do so after he filed his motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a copy of defendants' reply in support of their motion for summary judgment, ECF No. 69, is GRANTED.

2. If defendants have not already re-served plaintiff with a copy of their reply (ECF No. 68), they must do so within seven days of the service of this order.

DATED: June 1, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE