# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| Milorad Olic | ) |
|  | ) |
| v. | )  Case No.: 2:16-cv-0720-JAM-AC-P |
| Jeffrey Beard, et al. | ) |
| | ) |

**BILL OF COSTS**

Judgment having been entered in the above entitled action on  07/14/2022  against  Milorad Olic ,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 371.09 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $  371.09 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/ David C. Goodwin

Name of Attorney:  David C. Goodwin, Deputy Attorney General

For:  Defendant A. Payne                                      Date:  07/18/2022
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of:   $371.09   and included in the judgment.

Keith Holland            By:  /s/ G. Michel                 7/26/2022
*Clerk of Court*              *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# ATTACHMENT A



**ESQUIRE** DEPOSITION SOLUTIONS

Invoice INV1396068

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 1/14/2019 |
| Terms | Net 30 |
| Due Date | 2/13/2019 |

| | |
|---|---|
| Client Number | C13107 |
| Esquire Office | Sacramento |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 48170286SA2018302389 |
| Client VAL ID | |
| Date of Loss | |

**Bill To**

Department of Justice, Office of the Attorney General
1300 I Street
Suite 125
Sacramento CA 94244

**Services Provided For**

State of California Department of Justice - Sacramento
McCaslin, William L
1300 I Street
Suite 125
Sacramento CA 94244

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/18/2018 | J3201105 | Corcoran, CALIFORNIA | MILORAD OLIC V. JEFFREY BEARD, ET AL. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Milorad Olic, AI0259 | 1 | 20.00 | 20.00 |
| APP FEE: ADDITIONAL HOURS | Milorad Olic, AI0259 | 1 | 20.00 | 20.00 |
| TRANSCRIPT - O&1-WI | Milorad Olic, AI0259 | 76 | 3.65 | 277.40 |
| EXHIBITS W/TABS | Milorad Olic, AI0259 | 18 | 0.20 | 3.60 |
| CONDENSED TRANSCRIPT | Milorad Olic, AI0259 | 1 | 0.00 | 0.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Milorad Olic, AI0259 | 1 | 0.00 | 0.00 |
| PROCESSING & COMPLIANCE | Milorad Olic, AI0259 | 1 | 0.00 | 0.00 |
| SHIPPING CHARGES | Milorad Olic, AI0259 | 1 | 10.00 | 10.00 |
| TRAVEL CHARGE - CR - 80 MILES ROUND TRIP | Milorad Olic, AI0259 | 1 | 40.09 | 40.09 |

**OKAY TO PAY**

Case Name: Olic v. Beard, et al.
Docket No.: 48170-286-SA2018302389

_____   3/4/19
WILLIAM McCASLIN          DATE

| | |
|---|---|
| Subtotal | 371.09 |
| Shipping Cost (FedEx) | 0.00 |
| Total | 371.09 |
| Amount Due | $371.09 |

*Representing Client: State of California Department of Justice - Sacramento*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | State of California Department ... |
| Client # | C13107 |
| Invoice # | INV1396068 |
| Invoice Date | 1/14/2019 |
| Due Date | 2/13/2019 |
| Amount Due | $ 371.09 |